The People of the State of New York, Respondent, *v.* Edward J. Nichols and Clarence Marshall Reed, Appellants.

Argued April 27, 1955; decided June 10, 1955.

*Rudolph Stand, Thornton J. Meacham, Jr., Alfred Norick* and *Anthony J. Graziano* for Edward J. Nichols, appellant.

*Gilbert S. Rosenthal, James W. Randolph* and *Sylvester Cosentino* for Clarence Marshall Reed, appellant.

*Frank S. Hogan,* District Attorney *(Richard G. Denzer* and *Sidney M. Fruhling* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.